JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| KRISTINE FRENCH, WILLIAM FRENCH, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF RIVERSIDE, MICHAEL ROMAN, KARIN ATKINS, DANA FARRELL, CARRIE MOSIELLO, ELIZABETH WHEELER, HEATHER DALAMASAS, MAILE HAYNES, SHANNON MILLER, DET. LENTON, CITY OF SAN JACINTO, J. HIGGINS, OFFICER HALL and Does 1-10, inclusive, <br><br> Defendants. | CASE NO.: LACV11-5706 DTB <br><br> **[PROPOSED] ORDER TO DISMISS PLAINTIFFS CLAIMS IN THEIR ENTIRETY, WITH PREJUDICE** <br><br> *Complaint Filed 7/12/11* |

Pursuant to the Stipulation of the parties this action is hereby dismissed with prejudice, with each side to bear its own attorney fees and costs

SO ORDERED.

DATED: November 15, 2016   BY: _____
UNITED STATES MAGISTRATE JUDGE